# UNITED STATES DISTRICT COURT
# for the WESTERN DISTRICT of WASHINGTON

| | |
|---|---|
| UNITED STATES of AMERICA,            )<br>                                                                )<br>                    Plaintiff,            )<br>                                                                )<br>           vs.                                               )<br>                                                                )<br> ABRAHAM SHEENA and LUCUS QUILT,  )<br>                                                                )<br>                    Defendant.          ) | CR05-417 JCC<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

In light of the government's withdrawal of the request for a review of the appearance bonds of the above named defendants (dkt #98), the hearing scheduled for Wednesday, December 21, 2005, is hereby STRICKEN.

Dated this 19th day of December , 2005

/S/ PETER H. VOELKER
Deputy Clerk

**MINUTE ORDER**