UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JOHN JAY CUNNINGHAM, )<br>LISA LUERA, )<br>JUSTIN BRICE WILLIAMS, )<br>MUHAMMAD ALI ATKINS, )<br>JOSEPH TRAN, )<br>LUCAS JOHNNY QUILT, )<br>FAYVE ELI MARY QUILT, )<br>DIDE CRYSTAL QUILT, )<br>JOANNE CHRISTIN ROSETTE, )<br>RANGER OPPENHEIM, )<br>ERIN CASPER, and )<br>ABRAHAM CHARLES SHEENA. )<br>)<br>Defendants. )<br>_____ ) | NO. CR05-417RSM<br><br>ORDER GRANTING STIPULATED MOTION FOR CONTINUANCE OF TRIAL DATE AND RELATED MATTERS WITH RESPECT TO SEVEN DEFENDANTS |

Upon consideration of the parties' Stipulated Motion for Continuance of Trial Date and Related Matters and the defendants' agreement to continue the trial date until March 6, 2006 (or up to March 16, 2006, if a later date is scheduled), and that any additional pretrial motions be filed no later than February 9, 2006;

/ / /

STIPULATED ORDER GRANTING STIPULATED
MOTION FOR CONTINUANCE OF TRIAL DATE
(*CUNNINGHAM, ET AL.*) – CR05-417RSM –       1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Ave., Suite 700
Seattle, Washington 98101
(206) 553-1100

/ / /

THE COURT NOW FINDS that pursuant to Title 18, U.S.C. § 3161(h)(8)(A) and § 3161(h)(8)(B)(iv), the ends of justice served by continuing the trial date to March 6, 2006 (or up to March 16, 2006, if a later date is selected), outweigh the best interests of the public and the defendants in a speedy trial, in that, as set forth in the parties' Stipulation, it has been demonstrated that defense counsel need additional time to properly prepare and investigate this case. Specifically, counsel need additional time to review the voluminous discovery materials in this case. The Court further finds that there are additional logistical difficulties faced by defense counsel because most of the defendants who request this continuance reside in a remote area of northern British Columbia and therefore meetings with defense counsel must be planned well in advance and require great effort on behalf of both the defendants and their counsel.

IT IS THEREFORE ORDERED THAT trial in this matter is continued until March 6, 2006 (or up to March 16, 2006, if a later date is scheduled) and that any additional pretrial motions be filed no later than February 9, 2006.

IT IS FURTHER ORDERED THAT, for the purposes of computing the time limitations imposed by the Speedy Trial Act, 18 U.S.C. §§ 3161-3174, the period of delay from January 23, 2006, up to and including March 6, 2006 (or up to March 16, 2006, if a later date is scheduled), is excludable time pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (h)(8)(iv).

DONE this 20th day of January, 2006.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATED ORDER GRANTING STIPULATED
MOTION FOR CONTINUANCE OF TRIAL DATE
(*CUNNINGHAM, ET AL.*) – CR05-417RSM – 2

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Ave., Suite 700
Seattle, Washington 98101
(206) 553-1100

Presented by:

s/ Michael Filipovic
Bar No. 12319
Assistant Federal Public Defender
Attorney for Abraham Charles Shenna
Federal Public Defender
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
Tel. (206) 553-1100
Fax (206) 553-0120
Michael_Filipovic@fd.org

*Agreed to by stipulation, notice of presentment waived, signature approved per telephone authorization:*

s/ Douglas B. Whalley
Assistant United States Attorney

s/ Lisca Borichewski
Assistant United States Attorney

STIPULATED ORDER GRANTING STIPULATED
MOTION FOR CONTINUANCE OF TRIAL DATE
(*CUNNINGHAM, ET AL.*) – CR05-417RSM – 3

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Ave., Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**