UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOHN JAY CUNNINGHAM, et al., ) <br> ) <br> Defendants. ) <br> _____) | CASE NO. CR05-417RSM <br><br> ORDER |

THIS MATTER comes before the Court on a joint motion (Dkt.#102) by the United States and defendants Abraham Sheena, Lucus Quilt, Fayve Quilt, Dide Quilt, Joanne Rosette, Erin Casper, and Ranger Oppenheim to sever the trial of these defendants from the trial of their co-defendants and to continue the trial date. The trial date has previously been continued by this Court's Order (see Dkt.#123). Having considered the entirety of the record and files herein, the Court finds that severance of trials is appropriate.

IT IS NOW, THEREFORE, ORDERED that the trial of defendants Abraham Sheena, Lucus Quilt, Fayve Quilt, Dide Quilt, Joanne Rosette, Erin Casper, and Ranger Oppenheim is severed from the trial of the remaining defendants.

DATED this 2nd day of February, 2006

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE